Andrew G. Deiss (Utah Bar no. 7184)
Wesley D. Felix (Utah Bar no. 6539)
Matthew M. Kaufmann (Utah Bar no. 14221)
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, Utah 84101
Tel: (801) 433–0226
adeiss@deisslaw.com
wfelix@deisslaw.com
mkaufmann@deisslaw.com

*Attorneys for Receiver, Maria E. Windham*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **Maria E. Windham,** as Receiver for Marquis Properties, LLC, et al, *Plaintiffs*, | Case No. 2:18-cv-00056-JNP-EJF |
| vs. | **Stipulation of Dismissal** |
| **Zurixx, LLC**, d/b/a Advanced Financial Triaing, a Utah limited liability company, *Defendant*. | The Honorable Jill N. Parrish  The Honorable Evelyn J. Furse |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Maria E. Windham, as Receiver for Marquis Properties, LLC, et al, and Defendant Zurixx, LLC, acting through its Court-appointed Receiver David K. Broadbent, [*see* Stipulated Prelim. Inj., p. 17, Case No. 2:19-cv-00713-DAK-EJF, Nov. 11, 2019, Dkt. No. 54,] hereby stipulate to the dismissal of all of Plaintiff's claims against Defendant with prejudice. All of Defendant's counterclaims were

2

previously dismissed with prejudice.  [Order of Dismissal of Countercls. with Prejudice, July 19, 2018, Dkt. No. 23.]  Therefore, all claims in this case have been resolved.

Dated: November 23, 2019

        s/* *Maria E. Windham*
        (*s/* electronically signed with permission*)
        Plaintiff Maria E. Windham, as Receiver for Marquis Properties, LLC, et el

Dated: November 23, 2019

        s/* *David K. Broadbent*
        (*s/* electronically signed with permission*)
        David K. Broadbent, as Receiver for Defendant Zurixx, LLC

## CERTIFICATE OF SERVICE

This **Stipulation of Dismissal** was eFiled with the CM/ECF court system and thereby served by email on all counsel of record.

Dated: November 23, 2019

s/ *Matthew M. Kaufmann*